UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 AM 10: 24

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

**JUDGMENT IN A CIVIL CASE**

PAULA A. EPPERSON,

    Plaintiff,

VS.                                          NO. 1:04-CV-1146-t/aN

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

    Defendant(s).

[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on September 7, 2005, the decision of the Secretary is REVERSED and this matter is REMANDED pursuant to Sentence Four of 42 U.S.C. §405(g).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: ___9/8/05___

THOMAS M. GOULD, CLERK

BY: _____
    DEPUTY CLERK



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01146 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Victoria J. Pike
HILL BOREN
1269 N. Highland
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT