FILED BY ___ D.C.
05 DEC 13 PM 3:52
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PAULA A. EPPERSON,

Plaintiff,

v.

JO ANNE BARNHART,
Commissioner of the Social
Security Administration,

Defendant.

Civil No. 1-04-1146

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

Now, on this 13th day of December, 2005, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement for attorney fees should be made pursuant to the EAJA in the amount of $2,968.75, plus $150 filing fee to be paid from a separate Judgment Fund administered by the Department of the Treasury. See 31 U.S.C. § 1304.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff be awarded $2,968.75 from the EAJA and an award of $150 costs to be paid out of the Judgment Fund administered by the Department of the Treasury.

IT IS SO ORDERED.

James D. Todd
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12-19-05

APPROVED BY:

Victoria J. Pike
By JAD
By Consent

Victoria J. Pike
HILL-BOREN, PC
1269 North Highland
Jackson, TN 38301
(731) 423-3300

Attorney for Plaintiff

LAWRENCE J. LAURENZI
Acting United States Attorney

By Joe A. Dycus

Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01146 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Victoria J. Pike
HILL BOREN
1269 N. Highland
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT